UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NATHANIEL DAVID HAMMOND                                                                          PLAINTIFF

v.                                                                            CIVIL ACTION NO. 3:10CV-364-S

MARK BOLTON *et al.*                                                                               DEFENDANTS

## MEMORANDUM OPINION

Plaintiff, Nathaniel David Hammond, initiated this civil action under 42 U.S.C. § 1983 while incarcerated at the Hardin County Detention Center. On October 25, 2010, the Court entered an Order directing Plaintiff to file an amended complaint on the Court's approved form. The United States Postal Service returned the mailing to the Court. It was marked "Not Deliverable As Addressed-Unable to Forward-No Longer At This Facility." Apparently, Plaintiff has been released or transferred. However, Plaintiff has not filed a notice of change of address with the Court.

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to litigate his claims actively. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). Plaintiff has failed in his

obligations to the Court. Because neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff, the Court construes this action to be abandoned. Therefore, the Court will dismiss this action by separate Order.

Date:

cc: Plaintiff, *pro se*

4411.008